**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> LG ELECTRONICS, INC.,  LG § <br> ELECTRONICS USA, INC., § <br> § <br> § <br> *Defendants*. § | CIVIL ACTION NO.  2:20-CV-00107-JRG <br> (LEAD CASE) <br><br> CIVIL ACTION NO.  2:20-CV-00108-JRG <br> (MEMBER CASE) <br><br> CIVIL ACTION NO.  2:20-CV-00109-JRG <br> (MEMBER CASE) |

## ORDER

The Court consolidated the above-captioned matters into the Lead Case for pretrial purposes on October 15, 2020. (*See* Dkt. No. 40). At that time, several motions were pending before the Court in each of the consolidated cases relating to such procedural matters as Docket Control Orders, Discovery Orders, and Protective Orders (the "Procedural Motions"). (-107 case, Dkt. Nos. 32, 33, 35, 36, 37); (-108 case, Dkt. Nos. 34, 35, 37, 38, 39); (-109 case, Dkt. Nos. 38, 39, 42, 43, 44). In view of the subsequent consolidation, the Court is of the opinion that the Parties should resubmit those Procedural Motions to appropriately reflect the consolidated nature of these cases.

Accordingly, the Procedural Motions (-107 case, Dkt. Nos. 32, 33, 35, 36, 37); (-108 case, Dkt. Nos. 34, 35, 37, 38, 39); (-109 case, Dkt. Nos. 38, 39, 42, 43, 44) are **DENIED WITHOUT PREJUDICE** to refiling of the same in the Lead Case, which shall occur within **fourteen (14) days** of the issuance of this Order.

**So ORDERED and SIGNED this 21st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE