**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NOS. 2:20-CV-00107-JRG |
| | § | (LEAD) |
| LG ELECTRONICS, INC.,  LG | § | 2:20-CV-00108-JRG |
| ELECTRONICS USA, INC., | § | 2:20-CV-00109-JRG |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is Plaintiff Sovereign Peak Ventures, LLC ("SPV") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s (together, "LG") (with SPV, the "Parties") Joint Stipulation for Dismissal with Prejudice (the "Stipulation"). (Dkt. No. 72). In the same, the Parties dismiss all claims asserted against one another in the above-captioned matter with prejudice under Rule 41(a)(1)(A)(ii). Having considered the Stipulation, the Court **ACCEPTS** and **ENTERS** the same and **RECGONIZES** that all claims asserted in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. In light of such mootness, the Court's Order setting a motion hearing for December 7, 2020 (Dkt. No. 71) is hereby **VACATED** and **SET ASIDE**.

As all claims in this consolidated action have been resolved, the Clerk is directed to **CLOSE** the above-captioned Lead Case and Member Cases.

**So ORDERED and SIGNED this 25th day of November, 2020.**

                                                  RODNEY GILSTRAP  
                                                  UNITED STATES DISTRICT JUDGE